### 2401. SOUTHERN RAILWAY CO. *v.* DUKES.

HILL, C. J. Where the right of removal exists, and the petition and bond have been filed in the State court in conformity with the statutes of the United States, the jurisdiction of the State court comes to an end. The filing of the petition and bond in such case ipso facto removes the case, and no order .of the State court is necessary, to make the removal effectual. Thereafter the State court can take no action in the case, even to the extent of allowing a dismissal by the plaintiff. After the case has been thus removed, the plaintiff should apply to the Federal court, if he desires to dismiss his suit. 4 Fed. Stat. Ann. 265, 266; Stone *v.* South Carolina, 117 U. S. 430 (6 Sup. Ct. 799, 29 L. ed. 962) ; Kern *v.* Huidekoper, 103 U. S. 485 (26 L. ed. 354) ; *L. & N. Railroad Co.* v. *Newman,* 132 *Ga.* 523 (64 S. E. 541). *Judgment reversed.*

Removal of cause; from city court of Zebulon—Judge Dupree. November 14, 1909.

Submitted March 24,—Decided June 14, 1910.

*Charlton E. Battle, Howell Hollis, E. M. Owen,* for plaintiff in error.